B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Maria Celeste Catino   Richard Donald Catino**  
                         **Debtors**

Case No. **09-44126**  
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **XX schedule A & C** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **3/16/2010**　　　　　　　　　　　Signature: **/s/ Maria Celeste Catino**  
　　　　　　　　　　　　　　　　　　　　　　　　**Maria Celeste Catino**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date: **3/16/2010**　　　　　　　　　　　Signature: **/s/ Richard Donald Catino**  
　　　　　　　　　　　　　　　　　　　　　　　　**Richard Donald Catino**  
　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)  
　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*