**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Maria Celeste Catino and Richard Donald Catino<br>Debtor, | Chapter: 7<br>Case No: 09–44126<br>Judge Henry J. Boroff |

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hererby **ORDERED** that Joseph B. Collins, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:5/7/10                                                        By the Court,

                                                                   Henry J. Boroff
                                                                   U.S. Bankruptcy Judge